UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MUHAMMAD ABUKAR RIAZ,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondent.

Case No. 2:26-cv-00520-TLF

ORDER STRIKING COURT'S
PREVIOUS ORDER (DKT. 19)

The parties' responded to the court's last Order (Dkt. 19) by filing a joint status report ("JSR"). Dkt. 20. The JSR reports the "Parties have reached an agreement regarding Petitioner's removal" and that "Petitioner will be removed to Pakistan . . .  no later than May 11, 2026." Dkt. 20. "In the event Petitioner is not removed by that date, Federal Respondents acknowledge that Petitioner will have demonstrated that his removal is not reasonably foreseeable." Dkt. 20. To facilitate this removal, "[p]etitioner is scheduled for transfer to a different facility on Saturday, April 25, 2026." Dkt. 20.

Accordingly, the Court **ORDERS:**

ORDER STRIKING COURT'S PREVIOUS
ORDER (DKT. 19) - 1

1) The Court's Order of April 22, 2026 (Dkt. 19), which prohibited petitioner's removal from the United States or transfer from the Northwest ICE Processing Center, is **STRICKEN**.

2) This case is **STAYED**. The parties are **ORDERED** to file an updated JSR on or before **May 13, 2026,** to inform the Court when petitioner is removed to Pakistan. If petitioner is not removed to Pakistan on or before May 13, 2026, then the parties shall inform the Court of their proposal of next steps for this habeas corpus litigation. If the parties file a JSR informing the Court that petitioner has been removed to Pakistan, the stay will automatically be lifted and the parties must meet and confer to prepare a stipulated motion to dismiss the case, to be filed within 10 days of petitioner's removal.

Dated this 23rd day of April, 2026.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER STRIKING COURT'S PREVIOUS
ORDER (DKT. 19) - 2