UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MUHAMMAD ABUKAR RIAZ,

                Petitioner,

    v.

TODD BLANCHE, et al.,

                Respondent.

Case No. 2:26-cv-00520-TLF

ORDER GRANTING STIPULATED
MOTION TO DISMISS (DKT. 22)
AND STRIKING JOINT STATUS
REPORT DEADLINE (DKT. 21)

The matter before the Court is the parties' stipulated motion to dismiss this case without prejudice. Dkt. 22. The parties stipulate that "[p]etitioner has been removed to Pakistan and is no longer in immigration detention" and that "each party [will] bear their own costs." Dkt. 22.

The parties unanimously consent to the jurisdiction of a Magistrate Judge. Dkt. 4. Based on the parties' stipulation, the Court **ORDERS:**

    **1)** The above captioned matter is **DISMISSED without prejudice**.

    **2)** The parties will each bear their own costs.

    **3)** The Court's previous order, directing the parties to file a joint status report on or before May 13, 2026 (Dkt. 21), is **STRICKEN**.

ORDER GRANTING STIPULATED MOTION TO
DISMISS (DKT. 22) AND STRIKING JOINT
STATUS REPORT DEADLINE (DKT. 21) - 1

Dated this 5th day of May, 2026.


*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
DISMISS (DKT. 22) AND STRIKING JOINT
STATUS REPORT DEADLINE (DKT. 21) - 2